**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000519
03-FEB-2026
08:08 AM
Dkt. 34 ODSMR**

NO. CAAP-25-0000519

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

CHRISTIAN P. CLEMENS, Claimant-Appellee/Appellee,
v.
PALI'S POOLS LLC, Employer-Appellant/Appellant, Delinquent,
and SPECIAL COMPENSATION FUND,
Appellee-Appellee.

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2025-041; DCD NO. 2-2024-321025))

ORDER DISMISSING MOTION FOR RECONSIDERATION
(By: Hiraoka, Presiding Judge, McCullen and Guidry, JJ.)

Upon consideration of Employer/Appellant-Appellant Pali's Pools, LLC's (**Pali's Pools**) January 26, 2026 Motion for Relief from Order Dismissing Appeal and to Reinstate Appeal Due to Excusable Neglect (**Motion for Reconsideration**), the papers in support, and the record,[1] it appears that:

(1) Pali's Pools, self-represented through its owner, Paul Norris (**Norris**), seeks reconsideration of the December 23, 2025 Order Dismissing Appeal;

---

[1] The court did not consider self-represented Claimant/Appellee-Appellee Christian P. Clemens's January 28, 2026 Memorandum in Opposition to Employer-Appellant's Motion to Reinstate Appeal, because a response to a motion for reconsideration is not permitted unless requested by the court. Hawai'i Rules of Appellate Procedure (**HRAP**) Rule 40(c).

(2) Norris is not a licensed attorney and may not represent his limited liability company, Pali's Pools, in this appeal.  See Hawaiʻi Revised Statutes §§ 605-2, 605-14 (2016); Oahu Plumbing & Sheet Metal, Ltd. v. Kona Constr., Inc., 60 Haw. 372, 377, 590 P.2d 570, 574 (1979) ("non-attorney agents are not allowed to represent corporations in litigation"); Kailua 50 LLC v. Ichida Kemp, No. CAAP-19-0000799, 2020 WL 429323, at *1 (Haw. App. Jan. 28, 2020) (SDO) (holding a non-attorney is not allowed to represent a limited liability company in litigation); and

(3) A motion for reconsideration of the December 23, 2025 order was due on or before January 2, 2026.  See HRAP Rule 40(a) ("A motion for reconsideration may be filed by a party only within 10 days after the filing of the . . . dispositional order, or ruling . . . .").

Therefore, IT IS HEREBY ORDERED that the Motion for Reconsideration is dismissed as unauthorized and untimely.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED: Honolulu, Hawaiʻi, February 3, 2026.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Kimbery T. Guidry
Associate Judge